**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CHERYL ANN HOSKINS<br><br><br><br><br><br>　　　　　　Debtor | ) CHAPTER 13 PROCEEDINGS<br>)<br>) Case No.: 04-00113-PL-EWH<br>)<br>) **Application for Payment of Unclaimed**<br>) **Funds to the U.S. Bankruptcy Court**<br>)<br>)<br>) |

　　　Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| **Check No.** | **Date Issued** | **Debtor/Creditor Name and Address** | **Amount** |
|---|---|---|---|
| 142518 | 04/30/2009 | SQUAW PEAK ANESTHESIA INC<br>6240 N. 16TH ST #31<br>PHOENIX, AZ 85016 | $13.11 |
| | | **Total** | **$13.11** |

　　　The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $13.11 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 08/25/2009

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Dianne C. Kerns, #011557**
　　　　　　　　　　　　　　　　　　　　　　　Dianne C. Kerns, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee